**Richard E. MARKS, Appellant,**

v.

**T.C. OUTLAW, Warden FCI, Forrest City, AR, Appellee.**

No. 09–2313.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 24, 2010.

Filed: March 2, 2010.

Richard E. Marks, Forrest City, AR, pro se.

Clarence Daniel Stripling, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Arkansas, Little Rock, AR, for Appellee.

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

PER CURIAM.

Federal inmate Richard E. Marks appeals the district court's[1] dismissal of his

of Arkansas, adopting the report and recommendation of the Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.

28 U.S.C. § 2241 petition. Having reviewed the record de novo, *see Lopez–Lopez v. Sanders,* 590 F.3d 905, 907 (8th Cir.2010), we find no basis for reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.